Jeffrey BARRETT, Appellant,

v.

George W. BUSH, President, et al., Appellees.

No. 03–5045.

United States Court of Appeals, District of Columbia Circuit.

Aug. 28, 2003.

Rehearing En Banc Denied Oct. 22, 2003.

Jeffrey Barrett, Washington, DC, for Appellant.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, (USA) Civil Appellate and Edward Eugene Schwab, Assistant Corporation Counsel, Office of Corporation Counsel, (Appellate Division), Washington, DC, Appellees.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and GARLAND, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed.

R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 10, 2003, be affirmed. Because appellant failed to establish a violation of the First Amendment, his complaint was properly dismissed.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.